**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 06-7196M |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Adrian Orduno-Vega, | ) | |
| Defendant. | ) | |

This Court has received and considered Defendant's Motions To Extend Time To Indict (docket #s 15 and 16).  The Motions will be denied for failing to comply with the requirements of 18 U.S.C. §3161(h)(8)(A) and (B) to obtain an extension of time to indict. See, United States v. Ramirez-Cortez, 213 F.3d 1149 (9th Cir. 2000).

**IT IS ORDERED denying** Defendant's Motions to Extend Time to Indict (docket #s 15 and 16).

DATED this 12th day of September, 2006.

Lawrence O. Anderson
United States Magistrate Judge