**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 06-7196M |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Adrian Orduno-Vega, | ) | |
| Defendant. | ) | |

    The Court is in receipt of Jesus R. Romo Vejar's Notice of Substitution of Counsel (docket #17).

    **IT IS ORDERED granting** Defendant's Motion (docket #17) and substituting Jesus R. Romo Vejar as counsel of record for Defendant in place of Baltazar Iniguez.

    DATED this 18th day of September, 2006.

Lawrence O. Anderson
United States Magistrate Judge